UNITED STATES BANKRUPTCY COURT

DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE: Glenn Curry<br><br>(Set forth here all names including married, maiden, and trade names used by debtor within the last 8 years.)<br><br>DEBTOR(S)<br><br>Address: 625 Summer Crest Rd. Columbia, SC 29223<br><br><br><br>Last four digits of Social-Security or Individual Tax-Payer-Identification (ITIN) No(s)., (if any): 8062 | CASE NO: 15-00666-jw<br><br>CHAPTER 13<br><br><br><br>CERTIFICATION OF PLAN COMPLETION AND REQUEST FOR DISCHARGE |

The above-captioned debtor certifies under penalty of perjury that the following are true and correct:

1) There has been no Court order that would deny the debtor the right to a discharge.

2) All payments due under the plan have been completed, including all payments required under 11 U.S.C. § 1322(b)(5).

3) Pursuant to 11 U.S.C. § 1328(a), all amounts payable for domestic support obligations due on or before the date set forth below (including any amounts due before the filing of the bankruptcy petition to the extent provided for by the plan) have been paid to:

The debtor's employer and address:

Name: Prysmian Cables Systems

Address: 700 Industrial Dr. Lexington, SC 29072

Claims that were not discharged pursuant to 11 U.S.C. § 523(a)(2) or (4): N/A

Debts that were reaffirmed under 11 U.S.C. § 524(c): N/A

4) The provisions of 11 U.S.C. § 522(q)(1) are not applicable to this case under 11 U.S.C. § 1328(h) and there are no proceedings pending against the debtor of the kind described in 11 U.S.C. § 522(q)(1)(A) or 522(q)(1)(B).

5) The debtor has not received a discharge in a case filed under 7, 11, or 12 of this title during the 4-year period preceding the date of the order for relief under this chapter, or in a case filed under chapter 13 of this title during the 2-year period preceding the date of such order.

      6) The debtor has either sought an exemption from or completed an instructional course concerning personal financial management described in 11 U.S.C. § 111 and, if completed, has either previously filed Official Form 423 so certifying with the Court, or such certification and accompanying documents are being contemporaneously filed herewith.

      The undersigned requests that a discharge be granted in accordance with 11 U.S.C. § 1328.

DATE: February 17, 2020

/s/Glenn Curry

Debtor

- 2 -

UNITED STATES BANKRUPTCY COURT

DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE: Glenn Curry | CASE NO: 15-00666-jw |
| (Set forth here all names including married, maiden, and trade names used by debtor within the last 8 years.) | CHAPTER 13 |
| DEBTOR(S) | NOTICE OF CERTIFICATION OF PLAN COMPLETION AND REQUEST FOR DISCHARGE |
| Address: 625 Summer Crest Rd. Columbia, SC 29223 | |
| Last four digits of Social-Security or Individual Tax-Payer-Identification (ITIN) No(s)., (if any) 8055 | |

To: The Trustee and to all creditors and parties in interest:

Glenn Curry has filed papers with the court to request a discharge pursuant to 11 U.S.C. § 1328(a) in the above case.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the debtor(s) a discharge or if you have any reason to believe that the provisions of 11 U.S.C. § 522(q)(1) apply to this debtor or that there is pending any proceeding in which the debtor may be found guilty of a felony of the kind described in 11 U.S.C. § 522(q)(1)(A) or liable for a debt of the kind described in 11 U.S.C. § 522(q)(1)(B), or you want the court to consider your views on this Notice, then within fourteen (14) days of service of this notice, you or your attorney must:

File with the court a written response, return, or objection at:

1100 Laurel Street
Columbia, SC 29201

Responses, returns, or objections filed by an attorney must be electronically filed in ecf.scb.uscourts.gov.

If you mail your response, return, or objection to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

You must also send a copy to:

Jason T. Moss Attorney for Debtor 816 Elmwood Avenue Columbia, SC 29201 and

Glenn Curry 625 Summer Crest Rd. Columbia, SC 29223

      Attend the hearing scheduled to be heard on March 12, 2020 at 9:00 a.m. at the United States Bankruptcy Court, 1100 Laurel Street Columbia, SC 29201.

      If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the certification or this notice and may enter an order granting that relief.

Date of Service: February 17, 2020

      /s/ Jason T. Moss
      Jason T. Moss
      Moss & Associates, Attorneys, P.A.
      Attorney for Movant/Movant
      D.C. ID# 7240
      816 Elmwood Avenue
      Columbia, S.C.  29201
      (803) 933-0202

Address of Court:
United States Bankruptcy Court
1100 Laurel St.
Columbia, SC 29201

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| In Re: ) | |
|    Glenn Curry ) | |
| ) | |
| ) | |
| ) | Case No: 15-00666-jw |
| ) | Chapter 13 |
| ) | |
|    Debtor(s) ) | |
| _____) | |

**CERTIFICATE OF SERVICE**

THE UNDERSIGNED HEREBY CERTIFIES THAT HE/SHE PROPERLY SERVED THE FOREGOING NOTICE OF PLAN COMPLETION AND REQUEST FOR DISCHARGE TO THE FOLLOWING CREDITORS VIA REGULAR MAIL, POSTAGE PREPAID:

William K. Stephenson (CM/ECF)
Chapter 13 Trustee


SEE ATTACHED LIST.

February 17, 2020                                                          /s/ Maddie Mason
                                                                                                 Moss & Associates Attorneys PA
                                                                                                  816 Elmwood Ave
                                                                                                  Columbia SC 29201
                                                                                                  (803) 933-0202