| | | |
|---|---|---|
| Label Matrix for local noticing<br>0420-3<br>Case 15-00666-jw<br>District of South Carolina<br>Columbia<br>Mon Feb 17 11:01:11 EST 2020 | ALLTEL<br>1001 TECHNOLOGY DRIVE<br>Little Rock AR 72223-5943 | ATTORNEY GENERAL OF UNITED STATES<br>950 PENNSYLVANIA AVE, NW<br>Washington DC 20530-0001 |
| American InfoSource LP as agent for<br>Verizon<br>PO Box 248838<br>Oklahoma City, OK 73124-8838 | BARNWELL COUNTY HOSPITAL<br>811 REYNOLDS RD<br>Barnwell SC 29812-1555 | BARNWELL COUNTY TREASURER<br>57 WALL STREET, ROOM 123<br>Barnwell SC 29812-1670 |
| Sabrina E Burgess<br>Sherpy & Jones, P.A.<br>PO Box 2599<br>Lexington, SC 29071-2599 | Glenn Douglas Curry<br>625 Summer Crest Road<br>Columbia, SC 29223-7883 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| IRS<br>PO BOX 7346<br>Philadelphia PA 19101-7346 | Eugene B. McLeod III<br>Document Control-Bankruptcy<br>P.O. Box 995<br>29202-0995<br>Columbia, SC 29202-0995 | Jason T. Moss<br>Moss & Associates, Attorneys, P.A.<br>816 Elmwood Avenue<br>Columbia, SC 29201-2027 |
| SC DEPT OF REVENUE<br>PO BOX 12265<br>Columbia SC 29211-2265 | (p)SC DEPARTMENT OF EMPLOYMENT AND WORKFORCE<br>PO BOX 8597<br>COLUMBIA SC 29202-8597 | SC STUDENT LOAN<br>8906 TWO NOTCH ROAD<br>Columbia SC 29223-6366 |
| SCDEW<br>P.O. Box 8597<br>Columbia, SC 29202-8597 | (p)SOUTHERN MANAGEMENT<br>PO BOX 1947<br>GREENVILLE SC 29602-1947 | SRP FEDERAL CREDIT UNION<br>10660 DUNBARTON BLVD<br>Barnwell SC 29812-1490 |
| (p)SRP FEDERAL CREDIT UNION<br>PO BOX 6730<br>NORTH AUGUSTA SC 29861-6730 | South Carolina Department of Employment and<br>R. E. David Building<br>P.O. Box 8597<br>Columbia, SC 29202-8597 | South Carolina Dept. of Employment & Workfor<br>P.O. Box 8597<br>Columbia, SC 29202-8597 |
| William K. Stephenson Jr.<br>PO Box 8477<br>Columbia, SC 29202-8477 | US Trustee's Office<br>Strom Thurmond Federal Building<br>1835 Assembly Street<br>Suite 953<br>Columbia, SC 29201-2448 | U.S. DEPARTMENT OF EDUCATION NATIONAL PAYMEN<br>P O BOX 790336<br>ST. LOUIS, MO 63179-0336 |
| US ATTORNEY'S OFFICE<br>ATTN DOUG BARNETT<br>1441 MAIN ST STE 500<br>Columbia SC 29201-2862 | US Department of Education<br>P O Box 16448<br>Saint Paul, MN 55116-0448 | US Dept of Education<br>PO Box 16448<br>St. Paul, MN 55116-0448 |
| VERIZON WIRELESS<br>1 VERIZON PLAZA<br>Alpharetta GA 30004-8510 | VERIZON WIRELESS<br>PO BOX 26055<br>Minneapolis MN 55426-0055 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

IRS
1835 ASSEMBLY STREET, MDP 39, ROOM 469
ATTN: INSOLVENCY UNIT
Columbia SC 29201

SC EMPLOYMENT AND WORKFORCE
ATTN: BPC COLLECTIONS, RM 130
PO BOX 2644
Columbia SC 29202

SOUTHERN FINANCE
78 BURR STREET
Barnwell SC 29812

SRP FEDERAL CREDIT UNION
PO BOX 6730
North Augusta SC 29861

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)SRP Federal Credit Union

End of Label Matrix
Mailable recipients    28
Bypassed recipients     1
Total                  29